**Exhibit A to the Complaint**

**Location:** Sacramento, CA  **IP Address:** 76.137.175.175
**Total Works Infringed:** 31  **ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 4A601C2DDD8D8DE6E1680A37ED56D192D49D5D49 | 02/16/2025 06:06:09 | Blacked Raw | 02/15/2025 | 02/18/2025 | PA0002516031 |
| 2 | 03914B9E2B28123D10D83EA9D6E46C6B616158D3 | 02/14/2025 18:52:43 | Blacked Raw | 02/10/2025 | 02/18/2025 | PA0002516027 |
| 3 | 492FD64A15B29D4AAE357B13E0212B2B2FC7AAAA | 02/09/2025 04:50:08 | Blacked Raw | 02/05/2025 | 02/18/2025 | PA0002516018 |
| 4 | A97D0A617F5956CAC260F44D6FFE068492875AED | 09/29/2024 08:51:15 | Blacked Raw | 09/23/2024 | 10/16/2024 | PA0002494702 |
| 5 | 821591D3B453F814B8CD10994842274B6E4CDBE1 | 09/13/2024 19:19:26 | Blacked | 09/10/2024 | 09/17/2024 | PA0002490365 |
| 6 | 6799F98C8266D28FE3F0530ECED6E28F55A803D6 | 09/01/2024 16:10:36 | Blacked | 08/31/2024 | 09/17/2024 | PA0002490361 |
| 7 | 8E5EBAB83CF4A1C580BAD3F54DDBB91B82A26A2D | 08/27/2024 03:42:36 | Blacked Raw | 08/26/2024 | 09/17/2024 | PA0002490350 |
| 8 | d35af5e8c7c6627c326d7101e26797e570b54269 | 08/12/2024 04:05:42 | Blacked | 08/11/2024 | 08/14/2024 | PA0002484821 |
| 9 | 645D6AD60D2CD29263480E869FC1C48447D4FAAC | 07/10/2024 02:56:51 | Blacked | 07/07/2024 | 07/15/2024 | PA0002480445 |
| 10 | ab103f155b309e48a7a7d65c62f4307e08958abf | 07/02/2024 00:03:50 | Blacked Raw | 07/01/2024 | 07/15/2024 | PA0002480619 |
| 11 | DCA58F5DC618BD72B6B4F239EC46ABF8A5A83F05 | 07/01/2024 23:45:26 | Blacked | 06/27/2024 | 07/15/2024 | PA0002480447 |
| 12 | C4CFCCF974457E05E46BE9A86D962D07EDB1A4D5 | 06/25/2024 02:54:37 | Blacked Raw | 06/24/2024 | 07/15/2024 | PA0002480617 |
| 13 | 5a66b14ec1fee8f55ba9414bf263aecf26bc5e61 | 06/18/2024 00:59:43 | Blacked | 06/17/2024 | 07/15/2024 | PA0002480615 |
| 14 | 6969247E943872E95816B09121633CF225F30B77 | 06/18/2024 00:58:01 | Blacked Raw | 06/17/2024 | 07/15/2024 | PA0002480596 |
| 15 | 972DC9D8B4A26DF17CBA6219D39A9016D9BD7D61 | 05/30/2024 04:13:57 | Milfy | 05/29/2024 | 09/05/2024 | PA0002491135 |
| 16 | 489D84EA6C0E9C8FD94F0AF70F8A2E65CB61045F | 05/21/2024 00:10:35 | Blacked Raw | 05/20/2024 | 06/18/2024 | PA0002476880 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 782B39E7E1BC045D9461E37488FC4EE85D30EA48 | 04/30/2024 06:12:30 | Blacked | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 18 | 53FBDEBC6D04A6E1EF07F31C30D5C379B62B00F9 | 04/19/2024 01:25:36 | Blacked | 04/18/2024 | 05/08/2024 | PA0002470014 |
| 19 | 27DE8E288C478B4792B0E149B69472E24DB15EC8 | 03/23/2024 08:23:52 | Blacked Raw | 03/18/2024 | 04/10/2024 | PA0002464922 |
| 20 | 0E0BFF0170E7AC163F857834C2B9D0B87E600814 | 02/13/2024 03:33:53 | Blacked | 02/10/2024 | 03/11/2024 | PA0002459130 |
| 21 | 422a294ae4148c1be81bd81a964fd3f85eb47b29 | 02/07/2024 02:33:09 | Blacked Raw | 09/28/2020 | 10/22/2020 | PA0002261800 |
| 22 | 40EDEC6EC47494427AC02F9E49DBD306661729F3 | 02/04/2024 04:03:01 | Blacked | 02/03/2024 | 02/14/2024 | PA0002455061 |
| 23 | 573BF6AB7A396847E71B012C36CB0F85661ADFCA | 01/22/2024 04:18:33 | Blacked Raw | 01/15/2024 | 02/14/2024 | PA0002455063 |
| 24 | 5E0B1CF3723919DBCDE3B2288ABC28CE633D968E | 01/05/2024 05:53:18 | Blacked | 12/30/2023 | 01/16/2024 | PA0002449507 |
| 25 | d9bf3199616e3b95051c99d73c06afba9beba52b | 01/05/2024 05:32:19 | Blacked Raw | 01/01/2024 | 01/16/2024 | PA0002449432 |
| 26 | F2FFAFB009603F81BDCA1CF0CF6F5874D764A4C3 | 11/24/2023 05:42:54 | Blacked Raw | 11/20/2023 | 12/12/2023 | PA0002444867 |
| 27 | 34CD46C59638849199B5C771B5A6C008EC0A8FF3 | 09/05/2023 03:43:54 | Blacked Raw | 09/04/2023 | 09/17/2023 | PA0002430908 |
| 28 | 6C639AA8446F7F87521D3F3E65244D3164287F1A | 05/23/2023 03:43:47 | Vixen | 05/19/2023 | 06/09/2023 | PA0002415364 |
| 29 | 0DBF25B7D2F0F81C72BE1B7419AD7F72BC27BFC1 | 04/27/2023 04:26:28 | Blacked Raw | 04/19/2023 | 05/14/2023 | PA0002411264 |
| 30 | 4D347C3B922537DECA1E7D90591BCF15F763E318 | 04/12/2023 04:11:56 | Blacked | 04/08/2023 | 05/15/2023 | PA0002411276 |
| 31 | a1fc5df602cab2505e98947cd4174ee9943c68c2 | 04/07/2023 05:40:47 | Blacked Raw | 04/04/2023 | 04/07/2023 | PA0002405732 |